NO. 07-12-0040-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

DECEMBER 27, 2012
_____

TIMOTHY D. CHAMBERS,

Appellant

V.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 432ND DISTRICT COURT OF TARRANT COUNTY;

NO. 1238340R; HON. DAVID CLEVELAND, PRESIDING
_____

*Memorandum Opinion*
_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant, Timothy D. Chambers, appeals his conviction for aggravated assault with a deadly weapon.  He pled guilty to a jury and it assessed punishment at thirty years in prison.

Appellant's appointed counsel filed a motion to withdraw, together with an *Anders*[1] brief, wherein he certified that, after diligently searching the record, he

---

[1] *See Anders v. California*, 386 U.S. 738, 744-45, 87 S.Ct.1396,18 L.Ed.2d 493 (1967).

concluded that the appeal was without merit. Along with his brief, appellate counsel filed a copy of a letter sent to appellant informing him of counsel's belief that there was no reversible error and of appellant's right to file a response *pro se.* By letter dated April 10, 2012, this court notified appellant of his right to file his own brief or response by June 11, 2012, if he wished to do so. To date, a response has not been filed.

In compliance with the principles enunciated in *Anders,* appellate counsel discussed three potential areas for appeal which included 1) jurisdiction, 2) rulings on pretrial motions, and 3) ineffective assistance of counsel. However, counsel then proceeded to explain why the issues were without merit.

In addition, we conducted our own review of the record to assess the accuracy of appellate counsel's conclusions and to uncover any arguable error pursuant to *Stafford v. State,* 813 S.W.2d 508 (Tex. Crim. App. 1991). After doing so, we concur with counsel's conclusions.

Accordingly, we affirm the judgment of the trial court and grant counsel's motion to withdraw.

Brian Quinn
Chief Justice

Do not publish.